IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM E. COE, | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
|          v. | : | |
| | : | |
| U.S. STEEL CORPORATION | : | |
|    Defendant, | : | NO. 11-5500 |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

AND NOW, this 21st day of November, 2012, upon consideration of Defendant's Motion for Summary Judgment (ECF Nos. 19-22), Plaintiff's Response (ECF Nos. 25 and 26), Defendant's Reply (ECF Nos. 27 and 28), the arguments put forth at the oral argument on September 27, 2012, and the supplemental materials submitted thereafter by both parties (ECF Nos. 38, 39, 42, and 43), and for the reasons stated in a Memorandum of Law to follow on this day, it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 19) is GRANTED.
2. Plaintiff's Complaint is DISMISSED.
3. Judgment is ENTERED in favor of Defendant and against Plaintiff.
4. The Clerk shall close this case.

BY THE COURT:

*/s/ Michael M. Baylson*
Michael M. Baylson, U.S.D.J.

O:\CIVIL 11\11-5500 Coe v. U.S. Steel\11cv5500.Order re Mot. SJ.doc